**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL ACTION 21-00028-KD-B** |
| | ) | |
| **TEMITOPE MAJEKODUNMI,** | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

This action is before the Court on Defendant Temitope Majekodunmi's motion to authorize expenditure of travel funds (doc. 166).  Majekodunmi seeks funds to travel round trip from Houston, Texas to Mobile, Alabama to appear at the change of plea hearing scheduled for June 9, 2022.  Majekodunmi represents that he is indigent and does not have the funds for travel and incidental expenses.

Because Majekodunmi has been found indigent (doc. 20), and represents that he is without funds for transportation, and because the interests of justice would be served, the motion is **GRANTED**.  Accordingly, pursuant to 18 U.S.C. § 4285, the United States Marshal for the Southern District of Alabama is directed to arrange for Majekodunmi's non-custodial transportation, or furnish round-trip bus fare for transportation, for his appearance at the United States Courthouse, Mobile, Alabama for the change of plea hearing, and for subsistence expenses not to exceed the amount authorized as a per diem allowance for travel under 5 U.S.C. § 5702(a).

**DONE and ORDERED** this 2nd of June 2022.

s / Kristi K. DuBose
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**